# Court of Appeals
# of the State of Georgia

ATLANTA,____April 02, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A1394.  DOUGLAS P. ROYCE v. DISCOVER BANK.**

In this suit on account, the trial court entered summary judgment for the plaintiff.  The defendant, Douglas P. Royce, then filed a motion seeking to have the summary judgment set aside and the matter referred to arbitration.  On January 2, 2015, the trial court denied Royce's motion.  On February 10, 2015, he filed this appeal.  We lack jurisdiction.

A notice of appeal must be filed within 30 days after the entry of the trial court's order.  OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Here, Royce filed his notice of appeal 39 days after the trial court's order was entered.  Accordingly, we lack jurisdiction to consider this appeal, and it is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____04/02/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.